**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE:                                                       CASE NO.: 18-13979-BFK
                                                                                          **CHAPTER 11**

**Martin Alan Burke,**

    **Debtor.**

_____

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-FF12 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                             RAS Crane, LLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425
                                             By: /s/Francis Laryea
                                             Francis Laryea, Esquire
                                             Email: flaryea@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DANIEL M. PRESS
CHUNG & PRESS, P. C.
6718 WHITTIER AVE.
SUITE 200
MCLEAN, VA  22101

MARTIN ALAN BURKE
11211 SORREL RIDGE LN
OAKTON, VA  22124

JOHN P. FITZGERALD, III
1725 DUKE STREET
SUITE 650
ALEXANDRIA, VA  22314

        RAS Crane, LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425
        By: /s/Francis Laryea
        Francis Laryea, Esquire
        Email: flaryea@rascrane.com