**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

```
-------------------------------------------------------------X
In re:                                          :    Chapter 11
                                                :
Martin Alan Burke                               :    No. 18−13979−BFK
          Debtor.                               :
                                                :
-------------------------------------------------------------X
```

## FINAL REPORT AND MOTION FOR FINAL DECREE AND TO CLOSE CASE

COMES NOW Martin Alan Burke (the "Debtor"), the reorganized debtor herein, by his undersigned counsel, and submits this Final Report and Motion for Final Decree and to Close Case (the "Motion for Final Decree"). Contemporaneously herewith, the Debtor is also submitting a Final Account that should be considered in evaluating the Debtor's Motion for Final Decree.

1. On November 27, 2018 (the "Petition Date"), the Debtor commenced this voluntary chapter 11 bankruptcy case.

2. The Debtor is an individual resident of Loudoun County, Virginia (Fairfax County as of the Petition Date). He is employed as the president of Integrated Solutions Management, Inc., a privately-held technology company in which he is also a shareholder. The Debtor resides in a home that he rents, having sold his prior home during the case to reduce expenses.

3. By Order entered February 26, 2020, (the "Confirmation Order"), the Court confirmed the Debtor's Plan of Reorganization (the "Plan").

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtor

4.      Subsequently, the Debtor has undertaken those steps necessary to substantially consummate the confirmed Plan as provided under Section 1101(2) of Title 11 of the United States Code (the "Bankruptcy Code"). More specifically, the Debtor has commenced distribution under the Plan. Each of the requirements under Section 1101(2) of the Bankruptcy Code is summarized below. There has been substantial consummation of the Plan confirmed by the Court on February 26, 2020.  No property was required by the Plan to be transferred; the debtor has assumed the management of all the property dealt with by the plan; and the debtor has commenced distribution under the plan. Each of these three requirements under 11 USC §1101(2) is summarized below.

**I. Transfer of Property.**

The Plan proposes no transfers of property.  Accordingly, all property transfers anticipated by the Plan have been completed.

**II. Assumption by Debtors of Management of Property.**

The plan provided for the debtor to stay in control of his assets after confirmation. Since the date of confirmation, the debtor has remained in control and has operated pursuant to the terms of the plan.

**III. Distributions.**

After the effective date, March 12, 2020, the Debtor commenced distributions under the plan.  The Debtor has paid all administrative expenses that have come due (except for the final fee application of counsel for the Debtor, which is being heard concurrently with this Motion), has made all payments required on secured loans for property being retained (class C), and has commenced making payments on the Priority Tax claim in accordance with Plan provisions and in the Final Report attached hereto as Exhibit A.  The Plan provides for payment of secured tax claims (Class B) after

completion of payments to Priority taxes. The Debtor asks for approval of his Final Report.

**MOTION FOR FINAL DECREE**

As indicated above, the Debtor has substantially consummated the Plan as provided under Section 1101(2) of the Bankruptcy Code. To the best of the Debtor's knowledge, all allowed administrative claims have been paid, and the final administrative expenses, compensation of counsel for the Debtor and payment of the final U.S. Trustee fee for the present quarter, will be paid in conjunction with the approval of this motion. Debtor does not anticipate that there will be any further administrative claims sought by creditors. The Debtor has completed the transfer of all property to be transferred under the Plan. All pending motions, contested matters and adversary proceedings have been resolved or will be resolved prior to or concurrently with a hearing on this Motion. The Debtor will pay any outstanding quarterly fees to the Office of the United States Trustee through the third quarter of 2020 in conjunction with the Court's approval of this motion.

WHEREFORE, Debtor respectfully seeks entry of an Order by this Court: (i) approving the Debtor's final report; (ii) granting the Debtor's Motion for entry of a Final Decree in this case, and closing the case, subject to reopening for entry of a discharge; and (iii) for such further relief as the Court deems just and appropriate.

Dated: September 3, 2020.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800/(703) 734-0590 fax
dpress@chung-press.com

**CERIFICATE OF SERVICE**

    This is to certify that on this 3rd day of September, 2020, I caused the foregoing document to be served on the US Trustee and all persons requesting notice by CM/ECF.

                                                                                                         /s/ Daniel M. Press
                                                                                                       Daniel M. Press